IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOUGLAS AND TARA BURLAGE, et al., Plaintiffs, | ) | |
| | ) | Judge Victor J. Wolski |
| | ) | No. 04-120L |
| vs. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE SUBSTITUTING LEAD COUNSEL FOR THE UNITED STATES**

Please enter the appearance of Steven D. Bryant as attorney of record for the United States, in substitution of Julia K. Evans, in the above-referenced action. Ms. Evans will not be active in this case and electronic service of all documents should be sent to steven.bryant@usdoj.gov.

Service of papers by regular mail should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(Telephone: 202-305-0424)
(FAX 202-305-0506)

Express or courier deliveries should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004
(Telephone: 202-305-0424)
(FAX 202-305-0506)

Dated: December 28, 2004.

Respectfully Submitted,

/s/ Steven D. Bryant
STEVEN D. BRYANT
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
(202) 305-0424
(202) 305-0506